```
                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF KENTUCKY
                  CENTRAL DIVISION FRANKFORT


TABERNACLE BAPTIST CHURCH, INC.
OF NICHOLASVILLE, KENTUCKY,

     Plaintiff,
                                   Docket No. 3:20-CV-33
and                                At Frankfort, Kentucky
                                   Monday, May 11, 2020
                                   11:04 a.m.

COMMONWEALTH OF KENTUCKY, ex rel.
ATTORNEY GENERAL DANIEL CAMERON,

     Intervenor Plaintiff,

V.

ANDREW BESHEAR, in his official
capacity as Governor of the
Commonwealth of Kentucky,

and

ERIC FRIEDLANDER, in his official
capacity as Acting Secretary of the
Cabinet for Health and Family Services,

     Defendants.
                       - - -

 TRANSCRIPT OF TELEPHONIC SCHEDULING CONFERENCE BEFORE
     U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE

                       - - -

 Court Reporter:       SANDRA L. WILDER, RMR, CRR
                       Official Court Reporter
                       313 John C. Watts Federal Building
                       330 West Broadway, Suite 327
                       Frankfort, Kentucky  40601


       Proceedings recorded by mechanical stenography,
    transcript produced by computer.
```

```
 1
 2    APPEARANCES: (Appearing telephonically)
 3    For the Plaintiff:
                              MATTHEW T. MARTENS
 4                            KEVIN GALLAGHER
                              Wilmer Cutler Pickering
 5                            Hale & Dorr, LLP
                              1875 Pennsylvania Avenue, NW
 6                            Washington, DC 20006
                              (202) 663-6000
 7
                              JOSEPH A. BILBY
 8                            Bilby Law, PLLC
                              222 Eastover Drive
 9                            Frankfort, Kentucky  40601
                              (502) 409-1778
10
                              ROGER BYRON
11                            HIRAM S. SASSER, III
                              First Liberty Institute
12                            2001 West Plano Parkway
                              Suite 1600
13                            Plano, Texas  75075
                              (972) 941-4444
14
      For the Intervenor
15    Plaintiff:              BARRY L. DUNN
                              CARMINE G. IACCARINO
16                            VICTOR B. MADDOX
                              Attorney General's Office
17                            700 Capital Avenue
                              Capitol Building Suite 118
18                            Frankfort, Kentucky  40601
                              (502) 696-5300
19
      For the Defendant       LA TASHA BUCKNER
20    Beshear:                LAURA CRITTENDEN TIPTON
                              STEVEN TRAVIS MAYO
21                            Office of the Kentucky Governor
                              General Counsel
22                            700 Capitol Avenue, Suite 106
                              Frankfort, Kentucky  40601
23                            (502) 564-2611

24

25
```

```
 1      APPEARANCES:   (Cont.)
 2
 3      For Defendant
        Eric Friedlander:    D. BRENT IRVIN
 4                           J. WESLEY WARDEN DUKE
                             DAVID THOMAS LOVELY
 5                           Cabinet for Health and
                             Family Services
 6                           Office of Legal Services
                             275 East Main Street, 5W-A
 7                           Frankfort, Kentucky  40621
                             (502) 564-7042
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          [Proceedings commenced at 11:04 a.m. via
 2   telephonic conference]
 3          THE COURT:  Well, good morning, ladies and
 4   gentlemen.
 5          Madam Clerk, would you call the pending
 6   matter, please.
 7          DEPUTY CLERK:  Yes, Your Honor.  Frankfort
 8   Civil Action 20-CV-33, Tabernacle Baptist Church,
 9   Incorporated of Nicholasville, Kentucky versus
10   Beshear, et al.  This matter is called for a
11   scheduling conference.
12          THE COURT:  Thank you.  We are on the record,
13   counsel.  And I'd like for you to state your
14   appearances, first of all for the plaintiff Tabernacle
15   Baptist Church.
16          MR. MARTENS:  Good morning, Your Honor.  This
17   is Matthew Martens of Wilmer Hale for the plaintiff.
18          THE COURT:  Good morning.
19          MR. BILBY:  Joe Bilby for the pl --
20          MR. BYRON:  Judge, Roger Byron for the
21   plaintiff.
22          THE COURT:  Mr. Byron.
23          MR. BILBY:  Good morning, judge.  Joe Bilby
24   for the plaintiff.
25          THE COURT:  Mr. Bilby.
```

```
 1              MR. SASSER:  Hiram Sasser for the plaintiff,
 2   Your Honor.
 3              THE COURT:  Mr. Sasser.
 4              MR. GALLAGHER:  Good morning, Your Honor.
 5   This is Kevin Gallagher for the plaintiff.
 6              THE COURT:  Mr. Gallagher.  Mr. Miller, are
 7   you on the line?
 8              All right.  Anybody else for the plaintiff
 9   Tabernacle Baptist Church?
10              Okay.  And then for the intervenor plaintiff,
11   the attorney general?
12              MR. DUNN:  Good morning, Your Honor.  This is
13   Barry Dunn, and with me are Victor Maddox and Carmine
14   Iaccarino.
15              THE COURT:  Good morning, gentlemen.  For the
16   defendant Governor Beshear.  How about Mr. Mayo?
17              MS. BUCKNER:  La Tasha Buckner is here, and
18   Travis Mayo should be on the line, as well Mr. Marc
19   Farris and Laura Tipton.
20              MR. MAYO:  Travis Mayo for Governor Beshear.
21   I'm sorry.
22              THE COURT:  Okay. I'm sorry, let me sort
23   that out.  So, Ms. Buckner, I've got you on the line.
24   Mr. Mayo?
25              MR. MAYO:  Yes, Your Honor, I'm on the line
```

1  as well.
2          THE COURT:  All right.  Ms. Tipton?
3          MS. TIPTON:  Yes, I'm here, Your Honor.
4          THE COURT:  Mr. Payne?  All right.
5  Mr. Farris?
6          Anybody else for the governor this morning?
7          All right.  And then for the defendant
8  Mr. Friedlander.
9          MR. DUKE:  Yes, Your Honor.  Wesley Duke here
10 with David Lovely and Brent Irvin.
11         THE COURT:  All right.  Anybody else need to
12 state their appearance this morning?  I think I've got
13 everybody checked off on my list.
14         There's been many developments that have
15 occurred over the weekend.  I think the parties are
16 certainly aware of the Sixth Circuit's opinion that
17 was filed on Saturday.
18         My understanding, because of a recent filing,
19 is that the governor has issued a new executive order
20 which exempts gatherings for religious services.
21         With all of that in mind, Mr. Martens, let me
22 begin with you, and kind of see what you think the
23 next step is in this case.
24         MR. MARTENS:  Yes, Your Honor.  So we have --
25 we, the lawyers, have had a chance to review those

1 materials. We have not had an opportunity to discuss
2 that at length with our client to consider how this
3 impacts the issues going forward.
4     I understand what the governor's position is
5 about mootness. We'd like to have some more time, we
6 believe, to discuss with our client, perhaps discuss
7 with opposing counsel, and then perhaps circle back
8 before the Court at some future date after we've had a
9 chance to do that.
10     THE COURT: How much time would you like?
11     MR. MARTENS: Maybe perhaps by the end of the
12 week?
13     THE COURT: Okay. All right. And would you
14 like to file a response to what Mr. Friedlander filed?
15     MR. MARTENS: We may -- we may need to do
16 that. We may conclude that that's appropriate after
17 discussing with our client and with opposing counsel.
18 I just -- I'm not sure I'm in a position yet to say
19 whether we would do that.
20     THE COURT: Okay. Mr. Dunn, well, what --
21 what's the position of the attorney general at this
22 juncture?
23     MR. DUNN: Thank you, Your Honor. I think
24 that the -- the attorney general has two concerns at
25 the moment. The first concern is that the May 9th

1  order that was issued by Secretary Friedlander
2  references Executive Order 2020-323.  Earlier this
3  morning, I searched for that order.  I've not been
4  able to find it yet.  And so the May 9th order, it
5  appears, relies at least on part on Executive Order
6  2020-323, but I don't see that that order is publicly
7  available.  And I think for any house of worship to
8  understand its full obligations, it would need to see
9  that order, and so would we.  So my first concern is
10 what's the contents of that order; I just don't know
11 yet.
12         The second concern -- and I think a lot of
13 the -- what this case may come down to is what is
14 meant by the word "should."  The governor's guidelines
15 for places of worship use the word "should" throughout
16 all of the bullet points with various requirements
17 upon houses of worship.  We're not really sure if
18 that's used in the mandatory or the permissive sense.
19 If it's used in the mandatory sense, we think that
20 there might be some issues, because we've looked
21 through the other businesses, the other guidelines
22 that have been opened for -- I'm sorry, the other
23 guidelines that have been recommended for businesses
24 to open, and we just don't see a lot of the same
25 requirements in those other sets of guidelines.

1 So whether the word "should" is permissive or
2 mandatory is something that we're not quite sure of
3 right now. We think that hearing from the Secretary
4 or the governor's counsel on that point is important
5 before we'll really be able to know whether or not the
6 case is moot.
7 THE COURT: Mr. Mayo or Mr. Duke, do you want
8 to respond?
9 MR. MAYO: Yes, Your Honor. This is Travis
10 Mayo for the governor.
11 I believe, and I'm trying to confirm right
12 now, that the Executive Order 2020-323, which is about
13 the reopening of all entities in Kentucky effective
14 May 11, that would be implemented through the CSF -- S
15 orders implementing the minimum requirements for all
16 entities. That is the executive order that Mr. Dunn
17 references. And I believe it is available publicly
18 online. And I'm confirming that now and checking our
19 website and the Secretary of State's website. But
20 we'd be glad to provide that, of course.
21 And in terms of the language "should," it is
22 permissive.
23 THE COURT: Okay. Mr. Duke, anything to add
24 on that?
25 MR. DUKE: I have nothing to add to that,

```
 1  Your Honor.  Thank you.
 2          THE COURT:  Well, Mr. Dunn, is that -- does
 3  that answer your question, at least as to the second
 4  concern and perhaps to the first as well?
 5          MR. DUNN:  I do think it's very helpful, Your
 6  Honor.  I think that we'd want to take a couple of
 7  days, as Mr. Martens referenced, just to review this
 8  in its entirety, but that is helpful.
 9          I am somewhat concerned with the potential
10  chilling effect that a church or a mosque or synagogue
11  that may read this, you know, may think that they're
12  required to do certain things.  I'm not sure whether
13  that ultimately will impact mootness analysis or not.
14  But if we could have a day or two just to reflect upon
15  this and circle back, that would be much appreciated.
16          THE COURT:  Well, my thought is to look at
17  what's been filed and put together a briefing schedule
18  at Mr. Martens' request that would have -- give the
19  parties until the end of the week to file pleadings
20  that will guide focus of this case going forward.
21          It's -- as the parties understand, the TRO is
22  only in place for 14 days.  That's the amount of time
23  that would seem to me to exceed the date in which the
24  governor has announced that church services can begin.
25  And, of course, they -- given the ruling over the
```

1 weekend, they can begin now, but --
2 　　　　　MR. MAYO:  And, Your Honor, I'm sorry to
3 interrupt.  This is Travis Mayo.  But under our new
4 order on -- amended order for mass gatherings, it was
5 effective on Saturday with our guidance for places of
6 worship attached.  So under that new order, they could
7 effectively begin having services yesterday.
8 　　　　　And I did want to point out, too, that,
9 judge, in your order Friday night that did indicate
10 that the social distancing and hygiene measures were
11 to apply to in-person services.  And so that in our
12 guidance for places of worship, that is also included
13 in there and follows along with your order on what
14 applies in terms of social distancing and hygiene
15 measures, guidelines as you've phrased them, which is
16 provided in our guidance.
17 　　　　　THE COURT:  What's the content of 2020-323?
18 　　　　　MR. MAYO:  2020-323, the executive order that
19 was signed on Friday, Your Honor, is for all entities
20 that were set to reopen on May 11.  And it did
21 provide -- it does provide that the Cabinet for Health
22 and Family Service were to implement orders on both
23 entities, which it has done, which are also available
24 on our Kentucky Healthy at Work website in terms of
25 the minimum requirements for all entities, and also

Case: 3:20-cv-00033-GFVT Doc #: 36 Filed: 05/13/20 Page: 12 of 14 - Page ID#: 314

12

1  the minimum require -- the specific requirements for
2  specific sectors of entities in Kentucky, such as
3  construction, manufacturing and distribution, and so
4  forth that are identified in Executive Order 2020-323.
5          However, we believe that the -- the order
6  amending mass gatherings that Secretary Friedlander
7  signed and became effective on Saturday, along with
8  the guidance for places of worship, is what applies
9  and is relevant to this matter.
10         THE COURT:  So your position, in essence, is
11 you've already -- you've already put into place the
12 parameters of the restrictions for churches.  You
13 don't have to wait on the implementation of 2020-323
14 to do that; is that fair?
15         MR. MAYO:  Our position is that we've already
16 printed the guidelines for in-person services of
17 places of worship effective on Saturday, May 9th, yes,
18 Your Honor.
19         THE COURT:  Okay.  Okay.  Well, I think that
20 all of us could benefit from a few days to allow the
21 parties a chance to consider that and to decide
22 whether or not there continues to be a controversy
23 that needs to be litigated in this case.
24         So we'll issue a scheduling order that'll be
25 subsequent to this proceeding, and we'll give the

```
 1  parties until the end of the week, but we'll spell out
 2  in kind of exactly what that looks like in the
 3  scheduling order.
 4          Mr. Martens, do you think there's anything
 5  else that needs the Court's attention at this
 6  juncture?
 7          MR. MARTENS:  I don't, Your Honor.  I
 8  appreciate the time this morning.
 9          THE COURT:  All right.  Thank you.  And,
10  Mr. Dunn, anything else on behalf of your client?
11          MR. DUNN:  No, Your Honor.  Thank you.
12          THE COURT:  Mr. Mayo?
13          MR. MAYO:  No, Your Honor.
14          THE COURT:  Mr. Duke?
15          MR. DUKE:  Nothing further, Your Honor.
16          THE COURT:  I represented that this matter is
17  on the record, but I probably should make sure that
18  the court reporter was here, and, of course, doing
19  this telephonically.  So if the court reporter could
20  state your appearance, please.
21          COURT REPORTER:  Yes, Your Honor.  Sandy
22  Wilder.
23          THE COURT:  It's a good relief to know that
24  we were on the record during this entire proceeding,
25  so thank you, Ms. Wilder.
```

1          And with that, we'll stand adjourned.

2          *[PROCEEDINGS ADJOURNED AT 11:18 a.m.]*

3                        * * * * *

4          I, SANDRA L. WILDER, RMR, CRR, certify that

5   the foregoing is a correct transcript from the record

6   of proceedings in the above-entitled matter.

7

8   /s/ Sandra L. Wilder RMR, CRR        Date of Certification:
    Official Court Reporter              May 13, 2020
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25